IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENDAL MOSES, )
)
    Petitioner, )
)
v. ) CASE NOS. CV411-159
)           CR409-220
UNITED STATES OF AMERICA, )
)
    Respondent. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 3.) After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case, and the 28 U.S.C. § 2255 Petition is **DISMISSED WITHOUT PREJUDICE**. In addition, Petitioner's Motion for Writ of Mandamus (Doc. 2) is **DENIED**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 1ST day of August 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA